THE CITY OF NEW YORK, Respondent, v. HOLBROOK BLINN, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

SOL BLOOM, Respondent, v. BUSH TERMINAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LAURETTA JACKSON, an Infant, by JOSEPH L. JACKSON, Her Guardian ad Litem, Respondent, v. JULIAN BLUM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

WILLIAM H. CROOK, JR., Respondent, v. JACOB L. LIPTON, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Scott, J., dissented.

ELISE C. McCALLUM, as Executrix, etc., Respondent, v. THE BEAU-SITE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Clarke, P. J., and Dowling, J., dissented.

ALFRED SOHLAND, Appellant, v. PENNSYLVANIA SILK COMPANY, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the plaintiff was a resident of this State at the time the action was brought. Appeal from order denying motion for reargument dismissed. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.; Dowling and Smith, JJ., dissented.

CHARLES BROCK, Suing for Himself as a Stockholder of THE ANTHONY & SCOVILL COMPANY, and on Behalf of Said Company and All Other Stockholders Thereof Who Will Join in and Contribute to the Expenses of This Suit, Appellant, v. RUEL W. POOR and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.